146 A.3d 471

**JACKSON, Quincy**

v.

**STATE of Maryland**

**No. 264, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 2624, Sept. Term, 2012).

Petition for writ of certiorari denied.

■

146 A.3d 471

**JACKSON**

v.

**HILL**

**No. 220, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Dismissed by the Court of Special Appeals (No. 1588, Sept. Term, 2015).

Petition for writ of certiorari denied.